App. Div.] First Department, June, 1909.

The People of the State of New York ex rel. Markus Schnurmacher, Appellant, v. Herman A. Metz, as Comptroller of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Stephen A. MacMahon, Appellant, v. Stepney Spare Wheel Agency and William Hinman Maclay, Impleaded with Saul S. Myers, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward M. Grunwaldt, Respondent, v. Fifth Avenue Auction Rooms, a Corporation, Appellant.— Order modified so as to impose full costs and ten dollars costs of opposing the motion as a condition of amending the complaint, and as modified affirmed, without costs. No opinion. Settle order on notice.

Edward M. Grunwaldt, Respondent, v. Fifth Avenue Auction Rooms, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Francesco Skerl, Respondent, v. Edgar Park, Appellant, Impleaded with The National Cash Register Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. John J. Baumeister. The People of the State of New York v. John McManus. The People of the State of New York v. Ellen E. Peck. In the Matter of Frederick Williams.— Motions granted.

The People of the State of New York v. Frederick Schouland. The People of the State of New York v. John O'Brien.— Motions granted, unless appellants be ready for October term.

Ellen Connolly v. The City of New York. James C. Deering v. The City of New York. Gerolamo Danneo v. The City of New York. Frank Danneo v. The City of New York. Herman Fromme v. The City of New York. Henry W. Seabold v. The City of New York.— Motions granted, with ten dollars costs.

The People of the State of New York ex rel. Lewis M. Segee v. N. J. Hayes, as Commissioner, etc.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Robert S. Beal v. Theodore A. Bingham, as Police Commissioner of the City of New York.— Motion granted, with ten dollars costs.

Frank Healy and Another v. Charles Jacobs and Samuel Marx.— Motions granted, with ten dollars costs to each respondent.

In the Matter of George Moeser v. Felix F. Von Wilmowsky. Patrick Gallagher v. Mary Gallagher. William Carter v. Edwin Hess and Others. William Carter v. Italian Swiss Colony and Others. William Carter v. John Holl and Others. William Carter v. Pneumatic Whitewash Company.— Motions granted, unless appellants have appeals ready for October term.

Anna Gross v. Cæsar Basilea.— Motion granted, without costs.

Juliet G. Graham and Others v. Ignatz I. Rothenberg and Others. Elizabeth Siegener v. Richard Siegener. Florence Distilling Company v. James Patti. Rudolph Fixel v. Joseph Patti.— Motions granted, with ten dollars costs.

Charles Schneider v. Morris F. Finkelstein. Monro G. Dessaner v. John B. Sagarra. Henry Erkins v. John Tucker. Frederick Engelhardt v. James T. Fargo. Joseph Kirschner v. Fourteenth Street Store— Applications denied, with ten dollars costs in each case.

Leo J. Kreshower v. Morris Berger and Others.— Application granted.